IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ORAND L. COLLINS,**

    **Defendant.**                                      **Case No. 06-cr-30046-DRH**

### ORDER

**HERNDON, District Judge:**

    This Order serves to put the parties on notice that if the Court decides the mandatory minimum sentence issue in accord with the Probation Officer's findings, defendant Collins will be given the opportunity to withdraw his plea in light of the fact that he was not admonished of the 10-year mandatory minimum sentence, pursuant to Federal Rule of Criminal Procedure 11.

    **IT IS SO ORDERED.**

    Signed this 14th day of September, 2006.

                                        /s/        David   RHerndon
                                        **United States District Judge**