IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORAND L. COLLINS,

    Defendant.                               Case No. 06-cr-30046-DRH

## ORDER

**HERNDON, District Judge:**

       Before the Court is defendant Orand L. Collins's Second Motion to Continue Sentencing (Doc. 46) until a date after October 27, 2006.  The reasons for requesting the continuance are because the Assistant United States Attorney on this case will not be available for the sentencing hearing as currently set for October 5, 2006, and both parties also agree that defendant Collins should not be sentenced until after his co-defendant Ron Lott is sentenced on October 27, 2006, so that the Government can file a 5K1.1 motion at defendant Collins's sentencing; this apparently would not be possible if defendant Lott is not sentenced first (*Id*.).  The Court hereby **GRANTS** the continuance.  The sentencing hearing for defendant Orand L. Collins is hereby rescheduled for **Friday, November 3, 2006 at 1:30 p.m.**

       **IT IS SO ORDERED.**

       Signed this 26th day of September, 2006.

                                            /s/      David   RHerndon
                                       **United States District Judge**