IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORAND L. COLLINS,

    Defendant.                                 Case No. 06-cr-30046-DRH

**ORDER**

**HERNDON, District Judge:**

    Before the Court is defendant Orand L. Collins's Third Motion to Continue Sentencing (Doc. 51) until a date after November 17, 2006. The reasons for requesting the continuance are: (1) the Assistant United States Attorney assigned to this case will be unavailable because she has jury duty that day (and therefore joins in this Motion), and (2) Defendant's family will be unable to attend the sentencing hearing as currently scheduled as they are in Nebraska to tend to Defendant's sick grandmother and will not return home until November 17, 2006. The Court hereby **GRANTS** the continuance. The sentencing hearing for defendant Orand L. Collins is hereby rescheduled for **Friday, December 8, 2006 at 2:30 p.m.**

    **IT IS SO ORDERED.**

    Signed this 17th day of October, 2006.

                                                    /s/        David RHerndon
                                                     **United States District Judge**