IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORAND L. COLLINS,

    Defendant.                          Case No. 06-cr-30046-DRH

**ORDER**

**HERNDON, District Judge:**

        Before the Court is the Government's Motion to Continue Sentencing (Doc. 56) regarding defendant Collins until a date after January 2, 2007. The Motion explains that the reason a continuance is needed is because it is possible defendant Collins may receive a reduction in sentence, pursuant to § 5K1.1, due to his cooperation with the Government against his co-defendant, Ron Lott. However, Government states that it can not file such motion until after defendant Lott has been sentenced and his time to file a notice of appeal has expired. Further, defendant Collins does not object to a continuance. Therefore, the Court **GRANTS** the Government's Motion to Continue Sentencing Hearing (Doc. 56). The sentencing hearing for defendant Orand L. Collins is hereby rescheduled for **Friday, February 9, 2007 at 2:30 p.m.**

        IT IS SO ORDERED.

        Signed this 14th day of November, 2006.

                                                     /s/       David   RHerndon
                                                     **United States District Judge**