IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORAND L. COLLINS,

    Defendant.                                    Case No. 06-cr-30046-DRH

**ORDER**

**HERNDON, District Judge:**

    Before the Court is defendant Orand Collins's Motion to Continue Sentencing (Doc. 65), which is currently set for February 9, 2007. As grounds, Defendant has informed the Court that his grandmother has recently passed away. As a result, Defendant's mother will be in Nebraska to settle her mother's affairs. This could take through the end of February to complete.

    Defendant wishes for his mother to be present in Court for his sentencing hearing and therefore seeks a continuance of at least one month from the currently scheduled hearing date. Therefore, the Court hereby **GRANTS** the Motion to Continue Sentencing (Doc. 65). The sentencing hearing for defendant Orand L. Collins is hereby rescheduled for **Friday, June 1, 2007 at 1:30 p.m.**

    **IT IS SO ORDERED.**

    Signed this 1st day of February, 2007.

                                                      /s/      David RHerndon
                                                      **United States District Judge**